**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRUCE RHYNE AND JANICE RHYNE, H/W, | : | No. 126 EAL 2019 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| UNITED STATES STEEL CORPORATION, SUNOCO, INC. (R&M) F/K/A SUN COMPANY, INC. AND F/K/A SUN OIL COMPANY, INC. RADIATOR SPECIALTY COMPANY EXXON MOBILE CORPORATION, CHEVRON U.S.A., INC. AS SUCCESSOR IN INTEREST TO GULF OIL COMPANY, SAFETY-KLEEN SYSTEMS, INC., CRC INDUSTRIES, INC. UNIVAR USA, INC. F/K/A CHEMCENTRAL CORP., AND VAN WATERS & RODGERS, INC., ASHLAND, INC., KANO LABORATORIES, INC., THE STECO CORPORATION, ACUITY SPECIALTY PRODUCTS GROUP, INC., THE SAVOGRAN COMPANY, TURTLE-WAX, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MARVEL OIL COMPANY, INC., | : : : : : : : : : : : : : : : : : : : : : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2019, the Petition for Allowance of Appeal is **DENIED** and the Applications for Leave to File Post-Submission Communication are **GRANTED**.